In the Matter of the Arbitration between SAMUEL MARTZ, Respondent, and MORRIS L. MARTZ, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 813.]

■

In the Matter of VIRGINIA REPPER, on Behalf of Herself and All Other Residents and Property Owners in Harbor Island, Island Park, Nassau County, Similarly Situated, Appellant, against A. HOLLY PATTERSON et al., Constituting the Town Board of the Town of Hempstead, Respondents, and OIL PRODUCTS, INC., et al., Interveners, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 872.]

■

In the Matter of the Application to Vacate and Set Aside a Decree Settling the Account of NICKOLAUS WENZLER et al., as Executors of ISIDOR WENZLER, Deceased. GEORGE WENZLER et al., Appellants; NICKOLAUS WENZLER, as Surviving Executor and Trustee under the Will of ISIDOR WENZLER, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See 279 App. Div. 1097.]

■

SHOLIEM JOLLOWSKY, Respondent, v. GEORGE L. SHAW, Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, without costs. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See 279 App. Div. 608, 666.]

■

WILLIAM KAESTNER, Respondent, v. ANNE CHOPAK et al., Appellants.— Motion for leave to appeal to the Appellate Division and for other relief denied, with $10 costs. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

**6**

EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Defendants, and SANFORD HOTEL CORP., Respondent.— Motion to amend decision denied, with $10 costs. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See 279 App. Div. 873.]

■

LLOYD B. MARSHALL, Appellant, v. HELEN MARSHALL, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Appellate Division, dated June 16, 1952, properly made? Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 814.]